IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDWINA ROLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number CIV-05-1250-C |
| ) | |
| OKLAHOMA HISTORICAL SOCIETY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

Now before the Court is a Motion to Dismiss/Motion for Summary Judgment filed by Defendant Oklahoma State Employee Benefits Council (Council). Council argues that the Oklahoma State Education Employees Group Insurance Board (Board), not Council, is the "COBRA" plan administrator; thus its dismissal from the instant action is appropriate. Plaintiff did not file a response. Instead, Plaintiff sought, and received, leave of Court to file a second amended complaint naming Board in place of Council. (See Order, Dkt. No. 31; Second Am. Compl., Dkt. No. 33.) As a result, Council's Motion to Dismiss/Motion for Summary Judgment (Dkt. No. 29) is **STRICKEN AS MOOT**.

IT IS SO ORDERED this 24 day of May, 2006.

_____
ROBIN J. CAUTHRON
United States District Judge